FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2024 AUG -1  P 12: 30

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATION
OF THE FEDERAL GUN CONTROL ACT

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-00175 |
| v. | * | SECTION: SECT. H MAG. 4 |
| TEDDY ALLEN | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(8) |

\*   \*   \*

The Grand Jury charges that:

## COUNT 1

On or about February 12, 2024, in the Eastern District of Louisiana, the defendant, **TEDDY ALLEN**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on July 12, 2011, in Orleans Parish Criminal District Court, Docket Number 499485, for felony carnal knowledge of a juvenile in violation of Louisiana Revised Statute 14:80, did knowingly possess a firearm, to wit: a Jimenez Arms Model J.A. Nine, 9mm pistol, bearing serial number 325424, said firearm having been in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Fee ___USA___
X Process ___
X Dktd ___
___ CtRmDep ___
___ Doc.No. ___

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **TEDDY ALLEN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to any of the following:

> a Jimenez Arms Model J.A. Nine, 9mm pistol, bearing serial number 325424.

3. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.



DUANE A. EVANS
UNITED STATES ATTORNEY

_____
GREGORY M. KENNEDY
Assistant United States Attorney

New Orleans, Louisiana
August 1, 2024

3

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _District of_ Louisiana

_____ Criminal _Division_ _____

## THE UNITED STATES OF AMERICA

vs.

## TEDDY ALLEN

### INDICTMENT FOR VIOLATION OF THE FEDERAL GUN CONTROL ACT

VIOLATIONS:  18 U.S.C. § 922(g)(1)
             18 U.S.C. § 924(a)(8)



_____ _day of_ _____ _A.D._ 2024.

_____
Clerk

Bail, $ _____

_____
GREGORY M. KENNEDY
Assistant United States Attorney